UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 12-0259 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| NORA SANTELLANA<br>LEE ANN TORRES | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the motions to suppress [Doc. Nos. 29 & 31] filed by Defendants Nora Santellana and Lee Ann Torres are hereby **DENIED**.

MONROE, LOUISIANA, this 30th day of January, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE